UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case. No. 2:11-CR-00295 MCE |
| v. | ) | |
| | ) | |
| RICHARD ALBERT VARGAS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:     RICHARD ALBERT VARGAS
Detained at (custodian):

Detainee is:    a.)    (X) charged in this district by:    (X) Indictment   ( ) Information   ( ) Complaint
                       charging detainee with: Conspiracy to defraud the United States, to commit Marriage Fraud, to make false statements, and conspiracy to induce an alien to enter and remain in the United States.

        or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
        or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                 /s/ DANIEL S. McCONKIE
Printed Name & Phone No:    DANIEL S. McCONKIE,    Tel: 916-554-2700
Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: September 22, 2011                          /s/ Gregory G. Hollows

                                               Hon. GREGORY G. HOLLOWS
                                               United States District/Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Richard Albert Vargas | Sex: | Male |
| Booking or CDC #: | CDC # 2275456 | DOB: | Jan 26, 1973 |
| Facility Address: | Deuel Vocational Institution (DVI) | Race: | |
| | 23500 Kasson Road | FBI #: | |
| | Tracy, CA 95376 | | |
| Facility Phone: | (209)835-4141 | | |

Currently Incarcerated For:    Conspiracy to defraud the United States, to commit Marriage Fraud, to make false statements, and conspiracy to induce an alien to enter and remain in the United States

**RETURN OF SERVICE**

Executed on    _____          By:   _____
                                                                                             (Signature)