**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JACQUELYN E. LARSON, ESQ., CSBN 264712**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:    530.759.0700**
  **Facsimile:    530.759.0800**

**Attorney for Defendant**
**Olga Nekrasova**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR – 11-00295 MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO U.S. PROBATION TO PREPARE A PRE-PLEA PRESENTENCE REPORT |
| v. | |
| OLGA NEKRASOVA | |
| Defendant. | |

The parties, Daniel McConkie, Jr., Assistant United States Attorney, and Jennifer C. Noble, attorney for defendant Olga Nekrasova; hereby stipulate and agree to the following:

1. The parties request that the Court order U.S. Probation to prepare a pre-plea pre-sentence report including a criminal record check and a preliminary guideline calculations.

///

///

///

1

**Stipulation and Order to U.S. Probation**  **Case no. CR 11-00295 MCE**
**to Prepare a Pre-Plea Pre-Sentence Report**

2. **The parties agree to provide copies of any criminal records information to U.S. Probation to facilitate the preparation of the report. The parties believe that they have already obtained certified copies of most of the significant criminal history documents needed for a guideline calculation.**

3. **The parties believe that this pre-plea presentence report will facilitate a plea agreement, and will facilitate the preparation of a final presentence report. The parties believe that the report will take no more than five weeks to complete.**

**Additionally, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the ordering the U.S. Probation Office to conduct this pre-plea pre-sentence outweighs the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare, discuss plea agreement and possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, October 12, 2011, to and including November 17, 2011. The Court previously excluded time pursuant to Local Code T4 through October 14, 2011.**

**IT IS SO STIPULATED.**

**Dated: October 12, 2011**     Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Jennifer C. Noble
JENNIFER C. NOBLE
Attorney for Defendant
OLGA NEKRASOVA

**Dated: October 12, 2011**     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Daniel McConkie, Jr.
DANIEL McCONKIE, JR.
Assistant U.S. Attorney
Attorney for Plaintiff

2

**Stipulation and Order to U.S. Probation**                                                                 Case no. CR 11-00295 MCE
**to Prepare a Pre-Plea Pre-Sentence Report**

# ORDER

GOOD CAUSE APPEARING, the Court adopts the stipulation of counsel set forth above, and it is hereby ordered that U.S. Probation prepare a pre-plea pre-sentence report including a criminal record check and a preliminary guideline calculations.

FURTHER, The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to November 17, 2011.

**IT IS SO ORDERED.**

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to U.S. Probation          Case no. CR 11-00295 MCE
to Prepare a Pre-Plea Pre-Sentence Report