```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) Case No. 2:11-cr-00295-MCE
                                   )
12        Plaintiff,               )
                                   ) MOTION TO DISMISS COUNT 11
13     v.                          ) AS TO DEFENDANT NEKRASOVA;
                                   ) ORDER
14  OLGA NEKRASOVA,                )
                                   )
15        Defendant.               )
                                   )
16  _____)
```

17        On December 1, 2011, the defendant pleaded guilty to Count
18  Four of the indictment, pursuant to a written Plea Agreement, and
19  was sentenced that same day to time served.  The Department of
20  Homeland Security has informed the undersigned that the defendant
21  returned to Russia late last week.  Therefore, pursuant to Rule
22  48(a) of the Federal Rules of Criminal Procedure and Part III (A)
23  of the Plea Agreement, the government moves that the Court
24  dismiss Count 11 of the indictment as to this defendant only.
25  ///
26  ///
27  ///
28

                                1

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Date: December 13, 2011        By:  /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney

                                    Attorneys for the Plaintiff
                                    UNITED STATES OF AMERICA
```

**O R D E R**

APPROVED AND SO ORDERED.

Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE