MICHAEL B. BIGELOW
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Anthony Rivera

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-S-11-295  MCE |
| Plaintiff, | MEMORANDUM |
| v. | RE: STATUS OF COUNSEL |
| ANTHONY RIVERA, | |
| | Date: 2/9/2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: MCE |

It is requested that this matter be placed on calendar February 9, 2011 at 9:00 AM to determine status of counsel.

Dated: February 8, 2012         Respectfully submitted,

                                /s/ Michael Bigelow
                                MICHAEL BIGELOW
                                Attorney for Anthony Rivera

**ORDER**

**IT IS SO ORDERED.**

Dated:   February 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-