```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Richard Vargas
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR S 11-295 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ) CONTINUING SENTENCING |
| v. | ) ) June 14, 2012 before |
| RICHARD VARGAS, et al Defendants | ) Judge England ) |

This matter is now set for Sentencing on April 5, 2012. Because the parties need more time to complete the negotiations which may affect the Government sentence recommendation, the parties STIPULATE the present date be vacated and the case continued until June 14, 2012 and request the Court so order.

Dated March 30, 2012

Respectfully submitted,


/s/DANIEL MC CONKIE                         /s/ J TONEY

Daniel McConkie                             J Toney

Assistant U.S. Attorney                     Attorney for Richard Vargas

1

IT IS SO ORDERED.

Dated: April 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2