Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SERGEY POTEPALOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SERGEY POTEPALOV,<br><br>      Defendant. | No. 2:11-CR-00295 MCE<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT SERGEY POTEPALOV TO OBTAIN NEW JERSEY DRIVER'S LICENSE** |

  The undersigned parties hereby agree to the following modification to defendant Sergey Potepalov's pretrial release conditions:

  Sergey Potepalov shall be allowed to obtain a driver's license from the State of New Jersey for purposes of obtaining employment.

  Mr. Potepalov currently resides in New Jersey and will remain there until the termination of his case.  In order to seek employment, it is essential to obtain a New Jersey driver's license.

Dated:  May 23, 2012           Respectfully submitted,

                     /s/ Michael E. Hansen
                     MICHAEL E. HANSEN
                     Attorney for Defendant
                     SERGEY POTEPALOV

/ / / / /

/ / / / /

/ / / / /

| | | |
|---|---|---|
| Dated: May 23, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Daniel McConkie<br>DANIEL McCONKIE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: May 23, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order Allowing Defendant Sergey Potepalov to Obtain New Jersey Driver's License**