UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     Case No. 2:11-cr-00295-09

       Plaintiff,
   v.                           **ORDER FOR RELEASE OF PERSON IN CUSTODY**

BRIAN BARNES,

       Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release BRIAN BARNES, Case No. 2:11-cr-00295-09, from custody for the following reasons:

     ____     Release on Personal Recognizance

     ____     Bail Posted in the Sum of $____

     ____     Unsecured Appearance Bond

     ____     Appearance Bond with 10% Deposit

     ____     Appearance Bond with Surety

     ____     Corporate Surety Bail Bond

     _X_     (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on May 24, 2012.

Dated: May 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE