J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Richard Vargas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-0295 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ) CONTINUING SENTENCING |
| v. | ) |
| RICHARD VARGAS, et al | ) August 30, 2012 before ) Judge England |
| Defendants | ) |

This matter is now set for Sentencing on June 21, 2012. Because the parties need more time to complete the negotiations which may affect the Government sentence recommendation, the parties STIPULATE the present date be vacated and the case continued until August 30, 2012 and request that the Court so order.

Dated June 14, 2012

Respectfully submitted,

/s/DANIEL MC CONKIE                    /s/ J TONEY

Daniel McConkie                         J Toney

Assistant U.S. Attorney                 Attorney for Richard Vargas

1

IT IS SO ORDERED.  Sentencing in this matter is hereby continued to August 30, 2012 at 9:00 a.m. in Department No. 7.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2