1 | Robert M. Holley (SBN 50769)
  | Attorney at Law
2 | 331 J Street, Ste. 200
  | Sacramento, CA 95814
3 | Telephone: (916)443-2213

Counsel for ANTHONY RIVERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00295 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR TO FOR ADVANCEMENT OF |
| v. | ) SENTENCING HEARING TO MARCH 28, |
| | ) 2013 AT 9:00 |
| ANTHONY RIVERA, | ) |
| Defendant. | ) |

**REASONS FOR REQUEST**

Judgement and sentencing in the above-entitled case is presently scheduled for Thursday, May 2, 2013 at 9:00 a.m. The defense is requesting that the matter of judgement and sentencing be advanced to Thursday March 28,2013 at 9:00 a.m. The plea in this matter is was entered pursuant to Rule 11(c)(1)of the Federal Rules of Criminal Procedure for a term of 24 months (which is the low end of the guidelines). The release date on said plea, should the Court accept the agreement, is on or about April 12, 2013. This advance is requested to effectuate the negotiated plea and allow sufficient time for the United States Bureau of Prisons to accurately calculate the

release date.

Mr. Rivera and his counsel have reviewed the presentence report and have no objections to the same.

**STIPULATION**

The parties hereby stipulate, through their respective counsel, that the sentencing hearing in this matter may be advanced to the Court's calendar on **March 28, 2013 at 9:00 a.m.**

**Dated: March 26, 2013**

*/s/ Robert M. Holley*
ROBERT M. HOLLEY
**Counsel for Mr. Rivera**

**BENJAMIN B. WAGNER
United States Attorney**

*/s/ Daniel S. McConkie,(by RMH)*
**Mr. Daniel S. McConkie
Assistant United States Attorney
Counsel for the United States**

**ORDER**

**GOOD CAUSE APPEARING**, it is so Ordered.

Date: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE