```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>               Plaintiff,    )<br>                          )<br>        v.               )<br>                          )<br>PAVEL BEREZENKO,    )<br>                          )<br>             Defendant.    ) | CR. No. S-11-295 MCE<br><br>MOTION TO DISMISS<br>INDICTMENT AS TO DEFENDANT<br>PAVEL BEREZENKO |

Based on further investigation in the case and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the government moves this Honorable Court for an order dismissing the indictment against this defendant only.

```
DATE: March 27, 2013              BENJAMIN B. WAGNER
                                  United States Attorney


                            By: /s/ Daniel S. McConkie
                                DANIEL S. McCONKIE
                                Assistant U.S. Attorney
```

1

```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   CR. No. S-11-295 MCE
                                   )
12                 Plaintiff,      )
                                   )   ORDER DISMISSING
13            v.                   )   INDICTMENT AS TO DEFENDANT
                                   )   PAVEL BEREZENKO
14  PAVEL BEREZENKO,               )
                                   )
15                                 )
                   Defendant.      )
16  _____ )
17       For good cause shown, it is hereby ORDERED dismissing all
18  charges in the indictment as to this defendant.
19       IT IS SO ORDERED.
20  Date:  March 29, 2013
21
22                          _____
23                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28
```